908

man, *Assistant Attorney General Caudle, Ellis N. Slack, Harry Baum* and *Louise Foster* for respondent. ▪

No. 405. GUGGENHEIM *v.* UNITED STATES. Court of Claims. Certiorari denied. *Errett G. Smith* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee Jackson* for the United States.

No. 409. RIELY ET AL., RECEIVERS, *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Eugene Untermyer* and *Robert T. Barton, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for the United States. ▪

No. 411. DAGGS *v.* KLEIN, REAR ADMIRAL, U. S. NAVY, ET AL.; and

No. 412. BRAITO *v.* KLEIN, REAR ADMIRAL, U. S. NAVY, ET AL. C. A. 9th Cir. Certiorari denied. *Herbert Resner* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Oscar H. Davis* and *John R. Benney* for respondents. Reported below: 169 F. 2d 174.

No. 415. FOREMAN'S ASSOCIATION OF AMERICA *v.* EDWARD G. BUDD MANUFACTURING CO. ET AL. C. A. 6th Cir. Certiorari denied. *Walter M. Nelson* and *Allan R. Rosenberg* for petitioner. *Solicitor General Perlman, David P. Findling* and *Ruth Weyand* for the National Labor Relations Board; and *Archibald Broomfield* for the Edward G. Budd Manufacturing Co., respondents. ▪